**IT IS ORDERED as set forth below:**

Date: April 9, 2024

_____

Barbara Ellis-Monro
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 23-41003-BEM |
| | * | |
| ASHLEY NACOLE COLLINS, | * | |
| | * | CHAPTER: 7 |
| | * | |
| | * | |
| | * | |
| **Debtors** | * | |

## ORDER REOPENING CASE

This matter is before the Court on Debtor's "Motion to Reopen Chapter 7 Case for the Purpose of Entering into a Reaffirmation Agreement" (the "Motion") (Doc. No. 18) which was filed in the above-styled Chapter 7 case February 9, 2024.  The Motion seeks to reopen this case to allow the filing of a Reaffirmation Agreement between Debtor and Hyundai Capital America d/b/a Hyundai Motor Finance ("Creditor").  The court costs to reopen this case have been paid.

Upon notice, hearing was held April 3, 2024.  No opposition was announced.  Based upon the foregoing, the record in this case and for good cause shown

**ORDERED** that the Motion is **GRANTED**: this case is hereby reopened to permit the filing of the reaffirmation agreement and to permit the transaction of such other business as is permitted by Title 11 of the United States Code, and it is further

**ORDERED** that if no further action is taken by Debtor or any creditors within thirty (30) days of the entry of this Order, the Clerk of this Court shall be authorized to close this case in the usual manner.

**END OF DOCUMENT**

Prepared by:
_____/s/_____
Thomas Reichard, GA Bar No. 1500822
Attorney for Debtor
Clark & Washington, LLC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA  30341
Phone: (404) 522-2222
Fax: (770) 220-0685

**DISTRIBUTION LIST**

Tracey L. Montz, Chapter 7 Trustee
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3813

Ashley Collins
220 Crestview Way
Dallas, GA 30132

US Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Hyundai Capital America, Inc.
RA: National Registered Agents Inc
289 S. Culver Street
Lawrenceville, GA 30046-4805